IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Reginald B. Wilson,

                Plaintiff,

                                              Case No. 1:21-cv-05690

Columbia College Chicago,                          Honorable John Robert Blakey

                Defendant.

## **STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, that said action be dismissed with prejudice and without fees or costs to any party, and that judgment of dismissal with prejudice may be entered hereon pursuant hereto and without further notice.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing this case with prejudice.

Stipulated by:

| *Reginald Wilson, Plaintiff* | *Columbia College Chicago* |
|---|---|
| By: /s/ Rima N. Kapitan | By: /s/ Linda K. Horras |
| Atty No. 6286541<br>Kapitan Gomaa Law, P.C.<br>Phone: (312) 566-9590<br>rima@kapitangomaa.com | Atty No. 6200203<br>Hinshaw & Culbertson LLP<br>Phone: (312) 704-3022<br>lhorras@hinshawlaw.com |